United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15807-ref
Joey Marte                                                                Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1            Date Rcvd: Dec 20, 2018
                             Form ID: 211             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db             +Joey Marte,    1418 N. 10th Street,    Reading, PA 19604-1806
cr              American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:43:44     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
            KEVIN G. MCDONALD   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
            bkgroup@kmllawgroup.com
            ROBERT H. HOLBER   trustee@holber.com,   rholber@ecf.epiqsystems.com
            STEPHEN MCCOY OTTO   on behalf of Debtor Joey  Marte steve@sottolaw.com,  info@sottolaw.com,
            no_reply@ecf.inoruptcy.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 4

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re:                                                                          Chapter: 7

      Joey Marte

Debtor(s)                                                                   Case No: 18−15807−ref

---

### *ORDER*

AND NOW, 12/20/18 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


Accordingly, it is hereby ORDERED that the debtor shall have until 1/3/19 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P.

4004.


For The Court

Richard E. Fehling

Chief Judge ,United States
Bankruptcy Court