Certificate Number: 14912-PAE-DE-031730532

Bankruptcy Case Number: 18-15807



14912-PAE-DE-031730532

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2018, at 4:28 o'clock PM EDT, Joey Marte completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 8, 2018                    By:    /s/Jai Bhatt

                                           Name:  Jai Bhatt

                                           Title: Counselor